**RULE 105.  SEARCH WARRANTS**

The Pennsylvania Rules of Criminal Procedure, Rules 200 through 211 **and Rule 212(B)**, shall apply to search warrants in juvenile delinquency matters.

## COMMENT

**Search warrants for juvenile cases are not available for public inspection. The search warrant is to be treated as a juvenile record and the provisions of Rule 160(A) apply.  Once a search warrant is executed, it is filed with the Court of Common Pleas and becomes a part of the official court record.  Also, information contained in the affidavit of probable cause attached to the search warrant is a part of law enforcement records, which is also confidential.  *See* 42 Pa.C.S. §§ 6307 & 6308 and Rule 160.**

**Official Note:**  Rule 105 adopted April 1, 2005, effective October 1, 2005.  **Amended August 11, 2016, effective October 1, 2016.**

*Committee Explanatory Reports:*

Final Report explaining the provisions of Rule 105 published with the Court's Order at 35 Pa.B. 2214 (April 16, 2005).  **Final Report explaining the amendments to Rule 1608 published with the Court's Order at  Pa.B. (        , 2016).**